

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-15-00149-CV

**IN THE INTEREST OF K.L.C.**, J.K.C., and L.E.C., Children

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 14658B
Honorable Rex Emerson, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on April 29, 2015.

_____
Sandee ~~an Bryan~~ Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.

_____
Keith E. Hottle, Clerk